STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM COUNCIL, DEFENDANT-PETITIONER.

*Mr. William Council in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

October 29, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THOMAS JOSEPH MULLIGAN, DEFENDANT-PETITIONER.

*Mr. Thomas Joseph Mulligan in propria persona.*

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

October 29, 1968. Denied.

M. DEAN KAUFMAN, INC., *ETC.*, PLAINTIFF-PETITIONER,
v. AMERICAN MACHINE AND FOUNDRY COMPANY, DE-
FENDANT-RESPONDENT AND TUBOSCOPE COMPANY,
*ETC.*, DEFENDANT.

See same case below: 102 *N. J. Super.* 1.

*Messrs. Hannoch, Weisman, Stern & Besser* and *Mr. James J. Shrager* for the petitioner.

*Messrs. Stryker, Tams & Dill* for the respondent.

October 29, 1968. Granted.